Ọ AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Ryan Swanberg

V.

MRS Associates Inc and Saul Freedman

### JUDGMENT IN A CIVIL CASE

Case Number:  03-5028JRT/FLN

9  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

∴  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this action is dismissed with prejudice, on the merits and without costs, disbursements or attorney's fees to any party.

| March 12, 2004 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Denise La Fond |
| (By) | Denise La Fond,   Deputy Clerk |

Modified:03/10/03